UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HAWORTH, MICHAEL VARBAEK, SARI LAMELA, and STACIE HARDER,<br><br>Plaintiffs,<br><br>v.<br><br>VITA-MIX CORPORATION, INC., an Ohio Corporation; KELLY SERVICES, INC., a Delaware Corporation; and DOES 1-30,<br><br>Defendants. | Case No. 3:17-cv-00461-CAB-BGS<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 4C<br><br>Magistrate Judge: Hon. Bernard G. Skomal<br><br>**ORDER GRANTING JOINT MOTION FOR AN ORDER DISMISSING ALL CLAIMS, WITH PREJUDICE**<br>**[F.R.C.P. SECTION 41(A)(2)] [Doc. No. 45]** |

**GOOD CAUSE APPEARING**, the Court approves the parties' Joint Motion for an Order Dismissing all Claims and Counter-Claims Against All Parties, With Prejudice, with the Parties bearing their own respective fees and costs.

**IT IS SO ORDERED.**

Dated: November 20, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge